THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RYAN PORTER, Appellant. (Appeal No. 2.) [768 NYS2d 906]—Appeal from a judgment of Supreme Court, Monroe County (Sirkin, J.), entered January 25, 2002, convicting defendant after a jury trial of robbery in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Same memorandum as in *People v Porter* (2 AD3d 1429 [2003]). Present—Green, J.P., Hurlbutt, Scudder, Kehoe and Hayes, JJ.